cms

UNITED STATES COURT OF APPEALS
FOR THE Fourth CIRCUIT

RECEIVED
APR 2 2 2026
U.S. Court of Appeals
Fourth Circuit

Vianey Hei & Elry Hei

Petitioner )

v. ) Petition for Review

National Highway Traffic Safety Administration; Secretary of Transportation;

Respondent )

Vianey Hei & Elry Hei hereby petition the court for review of the Order of the NHTSA, U.S. Department of Transportation (name of agency, board or commission) entered on April 6, 2026.

Signature of attorney or unrepresented party

Vianey Hei and Elry Hei
Printed name

Address: 308 S. Blount St.
Apt 2016,
Raleigh, NC 27601

Email address: avy03010@gmail.com, rwn.legalpilot@gmail.com

Phone number: 919-591-5914

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

VIANEY HEI & ELRY HEI,

Petitioners,

v.

No. __________

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION;
SECRETARY OF TRANSPORTATION;
UNITED STATES DEPARTMENT OF TRANSPORTATION;
UNITED STATES OF AMERICA,

Respondents.

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 30161 and Rule 15(a) of the Federal Rules of Appellate Procedure, Petitioners Vianey Hei and Elry Hei hereby petition the United States Court of Appeals for the Fourth Circuit for review of the order of the National Highway Traffic Safety Administration, titled *Federal Motor Vehicle Safety Standards; Occupant Crash Protection, Seat Belt Reminder Systems*, published at 91 Fed. Reg. 17144 (Apr. 6, 2026), effective April 6, 2026, Docket No. NHTSA-2026-0727, RIN 2127-AM80.

This order, issued as an immediately effective Interim Final Rule, amends Federal Motor Vehicle Safety Standard (FMVSS) No. 208 and extends the compliance timeline for rear-seat seat belt warning systems.

Petitioners reside in Raleigh, North Carolina, within the Fourth Circuit. Venue is therefore proper in this Court under 49 U.S.C. § 30161(a).

This petition is filed within 59 days of the date the order was issued, as required by 49 U.S.C. § 30161(a).

Petitioners seek review of the April 6, 2026 interim final rule insofar as it amends FMVSS No. 208 and extends the rear-seat seat-belt-warning-system compliance timeline.

A copy of the challenged Interim Final Rule as published in the Federal Register is attached to

this Petition as Exhibit A.
Respectfully submitted,

/s/ Vianey Hei
Vianey Hei
308 S. Blount St., Apt.
2016 Raleigh, NC 27601
919-591-5914
avy03010@gmail.co
m *Pro Se Petitioner*

/s/ Elry Hei
Elry Hei
308 S. Blount St., Apt.
2016 Raleigh, NC 27601
919-591-5914
run.legalpilot@gmail.com
*Pro Se Petitioner*

Dated: April 20, 2026

# SUPPLEMENT TO PETITION FOR REVIEW

Petitioners Vianey Hei and Elry Hei provide this supplement to the Petition for Review filed on the official Fourth Circuit form pursuant to FRAP 15(a) and Local Rule 15(b).

**Order Under Review.** The order challenged is the Interim Final Rule of the National Highway Traffic Safety Administration, titled *Federal Motor Vehicle Safety Standards; Occupant Crash Protection, Seat Belt Reminder Systems*, published at 91 Fed. Reg. 17144 (Apr. 6, 2026), effective April 6, 2026, Docket No. NHTSA-2026-0727, RIN 2127-AM80. A copy of the order is attached as Exhibit A pursuant to Local Rule 15(b).

**Jurisdiction and Timeliness.** This Court has jurisdiction under 49 U.S.C. § 30161(a). This petition is filed within 59 days of the date the order was issued, as required by that section.

**Venue.** Venue is proper in this Court because Petitioners reside in Raleigh, North Carolina, within the Fourth Circuit. 49 U.S.C. § 30161(a).

**Scope.** Petitioners seek review of the April 6, 2026 interim final rule insofar as it extends the rear-seat seat-belt-warning-system compliance timeline from September 1, 2027 to September 1, 2028. Petitioners do not challenge NHTSA's authority to require rear-seat seat belt warning systems.

**Simultaneous Filing of Petition for Reconsideration.** Petitioners have also filed a timely Petition for Reconsideration with NHTSA under 49 C.F.R. § 553.35. That petition tolls the judicial-review period under 49 C.F.R. § 553.39 but does not bar this Petition for Review. The challenged interim final rule itself states: "NHTSA notes further that there is no requirement that individuals submit a petition for reconsideration or pursue other administrative proceeding before they may file suit in court." 91 Fed. Reg. 17156. This simultaneous filing preserves Petitioners' judicial review rights while the agency considers reconsideration.

Respectfully submitted,

/s/ Vianey Hei
Vianey Hei
308 S. Blount St., Apt. 2016
Raleigh, NC 27601
919-591-5914
avy03010@gmail.com
*Pro Se Petitioner*

/s/ Elry Hei
Elry Hei
308 S. Blount St., Apt. 2016
Raleigh, NC 27601
919-591-5914

run.legalpilot@gmail.com
*Pro Se Petitioner*

Dated: April 20, 2026

**SERVICE LIST PURSUANT TO FED. R. APP. P. 15(c)**

Pursuant to Federal Rule of Appellate Procedure 15(c)(3), Petitioners request the Clerk of the United States Court of Appeals for the Fourth Circuit to serve a copy of the foregoing Petition for Review and Exhibit A upon the following Respondents and the Attorney General of the United States:

Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, DC 20590

Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Retail

UNITED STATES POSTAL SERVICE

23219

RDC 03

U.S. POSTAGE PAID
PM
RALEIGH, NC 27607
APR 20, 2026

$17.25

S2324E500231-03

44 60

NITED STATES
OSTAL SERVICE ®

PRIORITY®
MAIL

very date specified for domestic use.

ments include $100 of insurance (restrictions apply).*

g® service included for domestic and many international destinations.

ational insurance.**

ernationally, a customs declaration form is required.

cover certain items. For details regarding claims exclusions see the
al at *http://pe.usps.com.*
Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

ATE ENVELOPE
ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

ED ■ INSURED

1000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

how2recycle.info

FROM:

UNITED STATES POSTAL SERVICE ®

PRIORITY®
MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Vianey Hei
Elvy Hei
308 S. Blount. St
Apt 2016
Raleigh NC 27601

RECEIVED
U.S. MARSHALS

TO:
Patricia S. Connor, Clerk
United States Court of appeals for the
Fourth Circuit
1100 East Main St, Suit 501
Richmond, VA 23219

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE